**Objection Sustained, Appeal Reinstated, and Order filed September 12, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00545-CV
_____

## SILVA RUBIO, Appellant

## V.

## HARRIS COUNTY, ET AL, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2013-27216**

## ORDER

Appellees' objection to the court's order of August 20, 2019 referring this case to mediation is sustained, and the appeal is reinstated.

The clerk responsible for preparing the record in this appeal has informed the court that appellant has not made arrangements to pay for the record. We will dismiss the appeal for want of prosecution unless, within 15 days, appellant makes arrangements to pay for the record and provides this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.